Butte-Silver Bow County District Court
Case Register Report
DV-47-2019-0000452-BC

**FX Solutions, Inc. vs. Matthew Brent Goettsche**

Filed: 12/26/2019
Subtype: Breach of Contract

## Status History

Open 12/26/2019
Closed 1/7/2020

## Plaintiffs

Pl. no. 1  FX Solutions, Inc.

### Attorneys

McLean, Kris A.  (Primary attorney)  Send Notices

## Defendants

Def. no. 1  Goettsche, Matthew Brent

## Judge History

| Date | Judge | Reason for Removal |
|---|---|---|
| 12/26/2019 | Krueger, Kurt | Current |

## Register of Actions

| Doc. Seq. | Entered | Filed | Text | Judge |
|---|---|---|---|---|
| 1.000 | 12/26/2019 | 12/26/2019 | Complaint (Summons Issued) ($120) | Krueger, Kurt |
| 2.000 | 01/08/2020 | 01/08/2020 | (Copy of) Notice of Removal (to Federal District Court) | Krueger, Kurt |