JOHN E. SMITH
NICK K. BROOKE
SMITH & STEPHENS, P.C.
315 West Pine Street
Missoula, Montana 59802
Phone: (406) 721-0300
Fax: (406) 721-5370
john@smithstephens.com
nick@smithstephens.com

*Attorney for Defendant*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION**

| | |
|---|---|
| KEVIN WASHINGTON,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW BRENT GOETTSCHE,<br><br>Defendant. | **Cause No. CV-20-3-BU-SEH**<br><br>**NOTICE OF MOTION TO CONSOLIDATE** |

**NOTICE**

COMES NOW Defendant Matthew Brent Goettsche ("Goettsche"), through his undersigned counsel, and gives notice to the Court that he has filed an unopposed motion in *Kevin Washington v. Matthew Brent Goettsche*, Cause No. CV-20-2-BU-BMM-KLD for consolidation of this case under lead case number CV-20-2-BU-BMM-KLD. That motion is included as an exhibit to this notice.

RESPECTFULLY SUBMITTED this 12th day of January, 2020.

/s/ John E. Smith
SMITH & STEPHENS, P.C.
Attorney for Defendant

/s/ Nick K. Brooke
SMITH & STEPHENS, P.C.
Attorney for Defendant

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of January, 2020, a copy of the foregoing document was served on the following persons by the following means:

<u>1, 2</u>   CM-ECF
<u>        </u> Hand Delivery
<u>        </u>  Mail
<u>        </u>  Overnight Delivery Service
<u>        </u>  Fax
<u>        </u>  E-Mail

1.      CLERK, UNITED STATES DISTRICT COURT

2.      Kris McLean, Tyson McLean


*/s/ Nick K. Brooke*
Nick K. Brooke
SMITH & STEPHENS, P.C.
Attorney for Defendant