### Kevin Washington vs. Matthew Brent Goettsche

Filed: 12/26/2019
Subtype: Fraud

## Status History

| | |
|---|---|
| Open | 12/26/2019 |
| Closed | 1/8/2020 |

## Plaintiffs

Pl. no. 1    Washington, Kevin

### Attorneys

McLean, Kris A.          (Primary attorney)    Send Notices

## Defendants

Def. no. 1   Goettsche, Matthew Brent

## Judge History

| Date | Judge | Reason for Removal |
|---|---|---|
| 12/26/2019 | Krueger, Kurt | Current |
| 12/26/2019 | WHELAN, ROBERT J. | Companion Case |

## Register of Actions

| Doc. Seq. | Entered | Filed | Text | Judge |
|---|---|---|---|---|
| 1.000 | 12/26/2019 | 12/26/2019 | Complaint (Summons Issued) ($120) | Krueger, Kurt |
| 2.000 | 12/30/2019 | 12/30/2019 | Ex Parte Emergency Motion to Appoint a Receiver and Request for a Hearing (Original replaced email: 01-02-20) | Krueger, Kurt |
| 3.000 | 12/30/2019 | 12/30/2019 | Brief in Support of Ex Parte Emergency Motion to Appoint a Receiver (Original replaced email: 12-30-19) | Krueger, Kurt |
| 4.000 | 12/31/2019 | 12/31/2019 | Order Setting Hearing Appointment of Receiver - (01/08/2020 @ 1:30 p.m.) | Krueger, Kurt |
| 5.000 | 12/31/2019 | 12/31/2019 | Certificate of Service | Krueger, Kurt |
| 6.000 | 01/06/2020 | 01/06/2020 | Rule 3(b) Certification of Notice (Original replaced e-mail: 01/08/2020) | Krueger, Kurt |
| 7.000 | 01/08/2020 | 01/08/2020 | (Copy of) Notice of Removal (to Federal District Court) | Krueger, Kurt |