Kris A. McLean
KRIS A. MCLEAN LAW FIRM, PLLC
315 West Pine Street Missoula,
Montana 59802
Phone: (406) 214-1965
Email: kris@krismcleanlaw.com
*Attorneys for Plaintiff*



FILED
DEC 3 0 2019
by _____ Clerk
Deputy Clerk

MONTANA SECOND JUDICIAL DISTRICT COURT
BUTTE-SILVER BOW COUNTY

| Kevin Washington an individual and minority owner of CryptoWatt Investment Partners, LLC the sole member of CryptoWatt Mining, LLC. | Dept. 1 Cause No. DV-19-453 |
|---|---|
| Plaintiff, v. Matthew Brent Goettsche, an individual and majority owner of CryptoWatt Investment Partners, LLC the sole member of Cryptowatt Mining, LLC. Defendant | **EX PARTE EMERGENCY MOTION TO APPOINT A RECEIVER** **And Request for a Hearing** |

Comes now the Plaintiff, Kevin Washington, and moves this Court pursuant to MCA 27-20-102(3) to appoint a Receiver for the assets of CryptoWatt Mining, LLC and CryptoWatt Investment Partners, LLC. For the reasons set forth in Plaintiff's Complaint and Brief in Support of Ex Parte Emergency Motion to Appoint a Receiver filed in conjunction with this motion, Plaintiff respectfully requests the Court set this matter for hearing at its earliest convenience.

Wherefore, Plaintiff respectfully requests the Court grant his motion to

1

appoint a Receiver for the assets of CryptoWatt Investment Partners, LLC and CryptoWatt Mining, LLC.

DATED this 30th day of December, 2019.

                          KRIS A. MCLEAN LAW FIRM, PLLC

                              Kris A. McLean
                              Kris A. McLean
                              Attorney for Plaintiff