FILED

DEC 3 1 2019

Tom Powers, Clerk

By_____
         Deputy Clerk

KURT KRUEGER
DISTRICT COURT JUDGE, DEPT. I
SILVER BOW COUNTY COURTHOUSE
155 WEST GRANITE STREET
BUTTE, MT 59701
(406) 497-6410

## MONTANA SECOND JUDICIAL DISTRICT, SILVER BOW COUNTY

| | |
|---|---|
| Kevin Washington an individual and minority owner of Crypto Watt Investment Partners, LLC the sole member of Crypto Watt Mining, LLC.<br><br>**Plaintiff,**<br><br>vs.<br><br>Matthew Brent Goettsche, an individual and majority owner of Crypto Watt Mining, LLC.<br><br>**Defendant.** | **Cause No. DV-19-453**<br><br>**ORDER SETTING HEARING ON APPOINTMENT OF RECEIVER** |

This matter comes before the Court on the Plaintiff's *Emergency Motion to Appoint a Receiver*.

Based on the foregoing, this Court hereby

*ORDERS* that this matter is set for hearing on the motion on **Wednesday, January 8, 2020 at 1:30 p.m.**

DATED this 3/ day of December 2019.

KURT KRUEGER
District Court Judge

ORDER SETTING HEARING

4