Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Matthew Brent Goettsche (DV-19-452)**

was received by me on *(date)* **January 10, 2020**.

☒ I personally served the summons on the individual at *(place)* **Essex County Corrections Facility, 354 Doremus Avenue, Newark, NJ 07105** on *(date)* **January 14, 2020**; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: **January 14, 2020**

*Server's signature*

**Kevin Maguire - State of New Jersey**
**Licensed Private Detective #8899**
*Printed name and title*

**501 Main Street, #682, Boonton, NJ 07005**
*Server's address*

Additional information regarding attempted service, etc: