OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
For The District of Montana

Tyler P. Gilman
Clerk of Court



Beth Conley
Chief Deputy of
Administration

Coleen Hanley
Chief Deputy of
Operations

February 7, 2020

In Re:  Signatures and Logins

Documents:  Motions To Stay and Briefs in Support

Document Numbers:  36 and 37 in CV-20-02-BU-BMM, and 13 and 14 in CV-20-03-BU-BMM

Date Filed:  February 7, 2020

Case Numbers:  CV-20-02-BU-BMM-KLD and CV-20-03-BU-BMM

Dear Nicholas Brooke:

The signatures on the above documents do not match the logins used to e-file the documents.

Counsel is reminded that pursuant to the Guide for Filing in the District of Montana, the signatures on the documents and the logins used to e-file the documents must match.

This notice is for your information for future filings; the documents do **not** need to be re-filed.

///

///

///

February 7, 2020
Page Two


Please do not hesitate to contact me if you have any questions regarding this notice.

Sincerely,


/s/ Suzy Redding
Case Manager
Telephone: (406) 454-7810
E-Mail:  suzy_redding@mtd.uscourts.gov
Website: www.mtd.uscourts.gov