IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| KEVIN WASHINGTON<br><br>    Plaintiff,<br><br>vs.<br><br>MATTHEW BRENT GOETTSCHE.,<br><br>    Defendant. | CV 20-2-BU-BMM-KLD<br>(Lead Case)<br>CV 20-3-BU-BMM-KLD<br>(Consolidated Case)<br><br>ORDER |

Plaintiff Kevin Washington and Defendant Matthew Brent Goettsche have filed a Joint Stipulation to Stay All Deadlines and Proceedings. (Doc. 42.) The reason for their request is that the parties are currently engaged in settlement discussions. Good cause appearing,

IT IS HEREBY ORDERED that all deadlines and proceedings in the above-captioned cases are STAYED until April 22, 2020.

IT IS FURTHER ORDERED that a telephonic status conference is scheduled for April 23, 2020, at 2:00 p.m. All counsel shall call 1-877-336-1839 at the designated time to participate in the scheduling conference.  When prompted, enter the access code 7360693 followed by #.

DATED this 3rd day of March, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge