Kris A. McLean
Tyson A. McLean
Kris A. McLean Law Firm, PLLC
PO Box 1136
Florence, Montana 59833
Phone: 406-214-1965
kris@krismcleanlaw.com

*Attorneys for Plaintiff Kevin Washington*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| Kevin Washington an individual and minority owner of CryptoWatt Investment Partners, LLC sole member of CyproWatt Mining, LLC<br><br>Plaintiff,<br><br>v.<br><br>Matthew Brent Goettsche an individual and majority owner of CryptoWatt Investment Parnters, LLC sole member of CryptoWatt Mining, LLC<br><br>Defendant. | Cause No.: CV-20-2-BU-BMM-KLD<br><br>**AGREED MOTION FOR EXTENSION TO FILE INVENTORY OF ASSETS** |

COMES NOW the Plaintiff, Kevin Washington, and moves this Court at the request of the Receiver for an extension of time until March 27, 2020 to file an inventory of CryptoWatt Mining, LLC's ("hereinafter CryptoWatt") assets. This Court's Order Appointing Receiver presently sets March 17, 2020 as the deadline

for the Receiver to file an inventory of CryptoWatt assets. The Receiver has been diligently working to locate and marshal all CryptoWatt assets but needs additional time to complete this work. The parties agree that the Receiver needs additional time to complete this work and that an extension of time until March 27, 2020 would be appropriate.

 WHEREFORE, the Plaintiff respectfully requests this Court grant an extension until March 27, 2020 to file his inventory of CryptoWatt assets.

 DATED this 11th day of March, 2020.

           KRIS A. MCLEAN LAW FIRM, PLLC

           /s/Kris A. McLean
           Kris A. McLean
           Attorney for Plaintiff

## CERTIFICATE OF SERVICE

 I hereby certify that on the 11th day of March 2020, the foregoing document was served on the following individuals by ECF filing:

John E. Smith
Smith & Stephens, P.C.
315 West Pine Street
Missoula, Montana 59802
john@smithstephens.com

Nick K. Brooke
Smith & Stephens, P.C.
315 West Pine Street
Missoula, Montana 59802
nick@smithstephens.com

                /s/ Kris A. McLean
                Kris A. McLean
                Kris A. McLean Law Firm, PLLC
                Attorney for Plaintiff Kevin Washington