IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| KEVIN WASHINGTON,<br><br>             Plaintiff,<br>  vs.<br><br>MATTHEW BRENT GOETTSCHE,<br><br>             Defendant. | CV-20-2-BU-BMM-KLD<br><br><br>ORDER |

Defendant Matthew Brent Goettsche has filed an unopposed motion to seal the Defendant's Opposition to Plaintiff's Motion to Allow Receiver to Sell the Assets of Cryptowatt and the accompanying Declaration of Josh Kalish. (Doc. 48.) Having complied with L.R. 5.2 and good cause appearing, IT IS HEREBY ORDERED that Defendant's motion is GRANTED and Docs. 49 and 49-1 in the above-captioned matter are SEALED.

**IT IS ORDERED.**

DATED this 19th day of March, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge

Case 2:20-cv-00003-BMM-KLD   Document 26   Filed 03/19/20   Page 2 of 2