IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| KEVIN WASHINGTON,<br><br>                 Plaintiff,<br><br>vs.<br><br>MATTHEW BRENT GOETTSCHE,<br><br>                 Defendant.<br><br>FX SOLUTIONS, INC.,<br><br>                 Plaintiff,<br><br>vs.<br><br>MATTHEW BRENT GOETTSCHE,<br><br>                 Defendant. | CV 20-2-BU-BMM-KLD<br>(lead case)<br><br>(consolidated with)<br>CV 20-3-BU-BMM-KLD<br><br>ORDER |

Defendant Matthew Brent Goettsche has filed an unopposed motion for leave to file Exhibit A to the Notice of Filing Receiver's Inventory of CryptoWatt Mining LLC's Assets under seal on the ground that it contains confidential, non-public business information. Defendant's motion complies with Local Rule 5.2, and the Court finds based on review of Exhibit A that it contains confidential, non-

public business information. Accordingly, and good cause appearing,

IT IS ORDERED that Defendant's motion (Doc. 55) is GRANTED and Exhibit A to the Notice of Filing Receiver's Inventory of CryptoWatt Mining LLC's Assets (Doc. 57) is HEREBY SEALED.

DATED this 7th day of April, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge