John E. Smith
Nick K. Brooke
SMITH & STEPHENS, P.C.
315 West Pine Street
Missoula, Montana 59802
Phone: (406) 721-0300
Fax: (406) 721-5370
john@smithstephens.com
nick@smithstephens.com

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| Kevin Washington, <br><br> Plaintiff, <br><br> vs. <br><br> Matthew Brent Goettsche, <br><br> Defendant. | No. 2:20-CV-002-BU-BMM-KLD <br><br> **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL** |
| FX Solutions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Matthew Brent Goettsche, <br><br> Defendant. | No. 2:20-CV-003-BU-BMM-KLD <br><br> **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL** |

COMES NOW, John E. Smith and Nick K. Brooke of Smith & Stephens, P.C. to move this Court for leave to withdraw as counsel of record for the Defendant Matthew Brent Goettsche in this consolidated action.

The reason for this request is that Robert L. Sterup, Esq. was retained by the Defendant, Matthew Brent Goettsche, to provide services in his defense in this matter.  Mr. Sterup filed his notice of appearance on March 24, 2020 on behalf of the Defendant (Dkt. No. 52). Thus, the Defendant will not be left without representation by Counsels' withdrawal.  The need for services provided by John E. Smith and Nick K. Brooke has concluded.  Mont. R. Prof. Conduct 1.16 (Declining or Terminating Representation) provides in relevant part:

> [a] lawyer shall not represent a client, or where representation has commenced, shall withdraw from the representation of a client if:…
> (7) other good cause for withdrawal exists.

Counsel for Plaintiffs Washington and FX Solutions, Inc. has been contacted concerning this motion and states he doe NOT object.

Therefore, based on the foregoing scenario, John E. Smith and Nick K. Brooke of Smith & Stephens, P.C. assert there is good cause for their withdrawal in this case, and request this Court allow them to withdraw as counsel for the Defendant, Matthew Brent Goettsche.

DATED this 13th day of May 2020.

                                SMITH & STEPHENS, P.C.

                                by: */s/John E. Smith*
                                    **John E. Smith**
                                    *Attorney for Defendant*

                              SMITH & STEPHENS, P.C.

                                by: */s/Nick K. Brooke*
                                    **Nick K. Brooke**
                                    *Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of May 2020, the foregoing document was served on the following individuals by ECF filing:

<u>1, 2, 3, 4</u> CM-ECF
<u>        </u>Hand Delivery
<u>        </u>Mail
<u>        </u>Overnight Delivery Service
<u>        </u>Fax

1. CLERK, UNITED STATES DISTRICT COURT

2. Kris McLean, Esq.

3. Tyson Mclean, Esq.

4. Robert L. Sterup, Esq.

                              By: <u>*/s/ John E. Smith*</u>
                                   John E. Smith
                                   SMITH & STEPHENS, P.C.
                                   *Attorney for Defendant*