IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| KEVIN WASHINGTON,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW BRENT GOETTSCHE,<br><br>Defendant. | CV 20-2-BU-BMM-KLD<br>(lead case)<br><br>(consolidated with)<br>CV 20-3-BU-BMM-KLD<br><br><br>ORDER |
| FX SOLUTIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW BRENT GOETTSCHE,<br><br>Defendant. | |

John E. Smith and Nick K. Brooke move to withdraw as counsel of record for Defendant Matthew Brent Goettsche because Defendant has retained new counsel. (Doc. 67.) Defendant's new counsel Robert L. Sterup filed a notice of appearance in this matter on March 24, 2020. (Doc. 52.)

Therefore, good cause appearing, IT IS HEREBY ORDERED that the

motion to withdraw is GRANTED.

DATED this 13th day of May, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge