Kris A. McLean
Tyson A. McLean
Kris A. McLean Law Firm, PLLC
PO Box 1136
Florence, Montana 59833
Phone: 406-214-1965
kris@krismcleanlaw.com

*Attorneys for Plaintiff Kevin Washington*

| | |
|---|---|
| KEVIN WASHINGTON,<br><br>          Plaintiff,<br>     vs.<br><br>MATTHEW BRENT GOETTSCHE,<br><br>          Defendant. | Cause No. CV-20-2-BU-BMM-KLD<br><br><br>**UNOPPOSED MOTION TO FILE RECEIVER'S REPORT UNDER SEAL** |
| FX SOLUTIONS, INC.<br><br>          Plaintiff,<br><br>     vs.<br>MATTHEW BRENT GOETTSCHE,<br><br>          Defendant. | Cause No. CV-20-03-BU-BMM-KLD |

COMES NOW Plaintiff Kevin Washington, by and through his attorney of record, Kris A. McLean, and at the request of the Receiver files this unopposed motion to seal the Receivership's Quarterly Report.

In its Order Appointing Receiver, this Court required the Receiver to file a

quarterly report addressing: the revenue and expenses of the Receivership; the cash flow of the Receivership; the activities of CryptoWatt Mining, LLC; the changes in assets of CryptoWatt Investment Partners, LLC and CryptoWatt Mining, LLC; any claims against the assets of these entities and the status of lien claims, taxes and pending litigation. The quarterly report prepared by the Receiver and lodged with the Court with this motion addresses these issues and necessarily contains confidential business information of these entities. Sealing of the Receivership's Quarterly Report is necessary to protect the confidential business information of CryptoWatt Investment Partners, LLC and CryptoWatt Mining, LLC.

Wherefore, at the Receiver's request, the Plaintiff respectfully requests the Court grant this unopposed motion to file the Receiver's Quarterly Report under seal.

DATED this 20th day of May 2020.


/s/ Kris A. McLean
Kris A. McLean
Kris A. McLean Law Firm, PLLC
Attorney for Plaintiff
Kevin Washington

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of May 2020, the foregoing document was served on the following individuals by ECF filing:

Robert L. Sterup
Brown Law Firm, P.C.
315 North 24th Street
P.O. Drawer 849
Billings, Montana 59103
rsterup@brownfirm.com

/s/ Kris A. McLean
Kris A. McLean
Kris A. McLean Law Firm, PLLC
Attorney for Plaintiff
Kevin Washington