Robert L. Sterup
BROWN LAW FIRM, P.C.
315 North 24th Street
P.O. Drawer 849
Billings, MT 59103-0849
Tel. (406) 248-2611
Fax (406) 248-3128
rsterup@brownfirm.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| KEVIN WASHINGTON,<br><br>    Plaintiff,<br>vs.<br><br>MATTHEW BRENT GOETTSCHE,<br><br>    Defendant. | Cause No. CV-20-2-BU-BMM-KLD<br><br>**DEFENDANT'S UNOPPOSED MOTION TO RESET TELEPHONIC CONFERENCE WITH MAGISTRATE JUDGE** |
| FX SOLUTIONS, INC.<br><br>    Plaintiff,<br>vs.<br>MATTHEW BRENT GOETTSCHE,<br><br>    Defendant. | Cause No. CV-20-03-BU-BMM-KLD |

Defendant Matthew Goettsche ("Goettsche") respectfully moves to reset telephonic conference with Magistrate Judge, set for July 1, 2020 by Order dated June 29, 2020, on the basis undersigned counsel for Defendant will be unable to

participate on July 1-2, 2020 due to longstanding travel plans. Counsel can be available the morning of July 3 or anytime July 7 or thereafter. Counsel for Plaintiffs has been contacted and consents to this Motion. A proposed Order is enclosed.

    RESPECTFULLY SUBMITTED this 30th day of June 2020.

                                  /s/ Robert L. Sterup
                                  Robert L. Sterup
                                  *Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of June, 2020, a copy of the foregoing document was served on the following persons by the following means:

<u>1, 2, 3</u>CM-ECF
_____ Hand Delivery
_____ Mail
_____ Overnight Delivery Service
_____ Fax

1.   CLERK, UNITED STATES DISTRICT COURT

2.   Kris McLean

3.   Tyson McLean


By:   <u>/s/ Robert L. Sterup</u>
       Robert L. Sterup