# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| KEVIN WASHINGTON,<br><br>Plaintiff,<br>vs.<br><br>MATTHEW BRENT GOETTSCHE,<br><br>Defendant. | Cause No. CV-20-2-BU-BMM-KLD<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO RESET TELEPHONIC CONFERENCE WITH MAGISTRATE JUDGE** |
| FX SOLUTIONS, INC.<br><br>Plaintiff,<br>vs.<br>MATTHEW BRENT GOETTSCHE,<br><br>Defendant. | Cause No. CV-20-03-BU-BMM-KLD |

Pursuant to Unopposed Motion **IT IS ORDERED** that the July 1, 2020 telephonic conference with the Magistrate Judge set by Order dated June 29, 2020 is vacated and reset for _____

DATED June ___, 2020.

_____
Hon. Brian M. Morris
U.S. District Court Judge