## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| KEVIN WASHINGTON,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW BRENT GOETTSCHE,<br><br>Defendant. | Cause No. CV-20-2-BU-BMM-KLD<br><br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO RESET TELEPHONIC CONFERENCE WITH MAGISTRATE JUDGE** |
| FX SOLUTIONS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW BRENT GOETTSCHE,<br><br>Defendant. | <br><br><br><br><br>Cause No. CV-20-03-BU-BMM-KLD |

Pursuant to Unopposed Motion **IT IS ORDERED** that the July 1, 2020 telephonic conference with the Magistrate Judge set by Order dated June 29, 2020 is vacated and reset for July 3, 2020 at 9:30 a.m. The call in information is as follows: 877-402-9753; access code: 5136505.

DATED June 30th, 2020.


John Johnston
United States Magistrate Judge