# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| KEVIN WASHINGTON,<br><br>　　　Plaintiff,<br><br>vs.<br><br>MATTHEW BRENT GOETTSCHE,<br><br>　　　Defendant. | CV-20-02-BU-BMM-KLD<br>consolidated with<br>CV-20-03-BU-BMM-KLD<br><br>**ORDER** |

Chief United States District Judge Brian Morris has referred this case to the undersigned for the purpose of conducting a settlement conference.

Accordingly, IT IS HEREBY ORDERED:

1.　The undersigned will conduct a telephonic status call on July 14, 2020 at 10:00 a.m.  The call in number is as follows: 877-402-9753; access code: 5136505.

2.　The undersigned will conduct the settlement conference in this matter at 9:00 a.m. on July 21, 2020, at the Mike Mansfield Federal Courthouse in Butte,

Montana. The parties shall report to the Clerk of Court for the location of the conference.

3.   It is the responsibility of counsel to ensure that a person with ultimate settlement authority attends the settlement conference and participates in good faith. L.R. 16.5(b)(4)(A). The failure to participate in good faith may result in the imposition of sanctions against the offending party. L.R. 16.5(b)(4)(B).

4.   Each party shall submit a confidential settlement statement to the undersigned on before 12:00 p.m. on July 14, 2020. The settlement statement should be in letter form and not exceed 10 pages, including attachments. The settlement statement must set forth: 1) a brief factual outline of the case; 2) a brief discussion of any unique legal issues present in the case; 3) a candid discussion of the strengths and weaknesses of your client's position; 4) the history of settlement negotiations; and 5) the name and position of the person(s) who will be attending the settlement conference with ultimate settlement authority. The parties need not repeat matters discussed in their preliminary pretrial statements. The parties shall submit their settlement statements to the undersigned via email addressed to sara_luoma@mtd.uscourts.gov.

5.   The settlement statements shall remain confidential. The settlement

statements will not be exchanged among the parties, and they will not become part of the formal court record. The Court will destroy the settlement statements after the settlement conference.

DATED this 7th day of July, 2020.

_____
John Johnston
United States Magistrate Judge

Case 2:20-cv-00003-BMM-KLD   Document 62   Filed 07/08/20   Page 4 of 4