Kris A. McLean
Tyson A. McLean
Kris A. McLean Law Firm, PLLC
PO Box 1136
Florence, Montana 59833
Phone: 406-214-1965
kris@krismcleanlaw.com

*Attorneys for Plaintiffs Kevin Washington and FX Solutions, Inc.*

| | |
|---|---|
| KEVIN WASHINGTON,<br><br>             Plaintiff,<br><br>vs.<br><br>MATTHEW BRENT GOETTSCHE,<br><br>             Defendant. | Cause No. CV-20-2-BU-BMM-KLD<br><br><br><br>**JOINT MOTION FOR EXTENSION OF TIME TO FILE STIPULATION OF DISMISSAL** |
| FX SOLUTIONS, INC.<br><br>             Plaintiff,<br><br>vs.<br>MATTHEW BRENT GOETTSCHE,<br><br>             Defendant. | Cause No. CV-20-03-BU-BMM-KLD |

COMES NOW Plaintiffs and the Defendant in this case and jointly move this Court for an extension of time until September 4, 2020 to file their joint stipulation of dismissal on the following grounds and for the following reasons:

By Order dated July 23, 2020 this Court acknowledge that the parties had

reached a settlement of this case and ordered the parties to file a stipulation of dismissal and submit a proposed order of dismissal to the Court on or before August 23, 2020 or show good cause for their failure to do so.

Since this Court's Order, the parties have been diligently engaged in negotiating the final settlement agreement and the terms of transaction closing documents. All parties signed the final settlement agreement and approved the necessary transaction closing documents today. The settlement agreement requires the parties to file their joint stipulation of dismissal of this case within 3 days after the closing of the transactions contemplated in the settlement agreement. The parties need the requested extension of time in order to accomplish a closing of the transactions contemplated by the settlement agreement and to then file their joint stipulation of dismissal of this case with this Court.

Wherefore, the parties respectfully request this Court grant their joint motion for an extension of time until September 4, 2020 to file their joint stipulation and proposed order of dismissal of this case.

DATED this 23rd day of August 2020.

      /s/ Kris A. McLean
      Kris A. McLean
      Kris A. McLean Law Firm, PLLC
      Attorney for Plaintiffs
      Kevin Washington and
      FX Solutions, Inc.

/s/ Robert L. Sterup
Robert L. Sterup
Brown Law Firm, P.C.
Attorney for Defendant
Matthew Brent Goettsche

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of August 2020, the foregoing document was served on the following individuals by ECF filing:

Robert L. Sterup
Brown Law Firm, P.C.
315 North 24th Street
P.O. Drawer 849
Billings, Montana 59103
rsterup@brownfirm.com

Dated this 23rd day of August, 2020

/s/ Kris A. McLean
Kris A. McLean
Kris A. McLean Law Firm, PLLC
Attorney for Plaintiffs