Kris A. McLean
Tyson A. McLean
Kris A. McLean Law Firm, PLLC
PO Box 1136
Florence, Montana 59833
Phone: 406-214-1965
kris@krismcleanlaw.com

*Attorneys for Plaintiffs Kevin Washington and FX Solutions, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| KEVIN WASHINGTON,<br><br>　　　　　Plaintiff,<br>vs.<br><br>MATTHEW BRENT GOETTSCHE,<br><br>　　　　　Defendant. | Cause No. CV-20-2-BU-BMM-KLD<br><br><br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| FX SOLUTIONS, INC.<br><br>　　　　　Plaintiff,<br>vs.<br>MATTHEW BRENT GOETTSCHE,<br><br>　　　　　Defendant. | Cause No. CV-20-03-BU-BMM-KLD |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between the parties

above named and by their respective attorneys of record, that the above-entitled case

has been settled upon its merits by agreement of the parties. The parties respectfully request the above-entitled case be dismissed with prejudice, with each party to bear its own costs and attorney's fees.

The parties further stipulate and agree that as part of its order dismissing this matter with prejudice, the Court should order that the Receivership of CryptoWatt as defined and established in this Court's Order in this matter filed January 13, 2020 is terminated.

DATED this 4th day of September, 2020.

KRIS A. MCLEAN LAW FIRM, PLLC

/s/Kris A. McLean
Kris A. McLean
Tyson A. McLean
Attorney for Plaintiffs Kevin
Washington and FX Solutions, Inc.

BROWN LAW FIRM, P.C.

/s/ Robert L. Sterup
Robert L. Sterup
Attorney for Defendant Matthew B. Goettsche

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of September, 2020, the foregoing document was served on the following individuals by ECF filing:

Robert L. Sterup
Brown Law Firm, P.C.
315 North 24th Street
P.O. Drawer 849
Billings, Montana 59103
rsterup@brownfirm.com

                                        /s/ Kris A. McLean
                                        Kris A. McLean
                                        Kris A. McLean Law Firm, PLLC
                                        Attorney for Plaintiffs Kevin Washington
                                        and FX Solutions, Inc.