IN THIS UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| KEVIN WASHINGTON,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>MATTHEW BRENT GOETTSCHE,<br><br>　　　　　　Defendant. | CV-20-02-BU-BMM-KLD<br><br><br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |
| FX SOLUTIONS, INC.<br><br>　　　　　　Plaintiff,<br>vs.<br>MATTHEW BRENT GOETTSCHE,<br><br>　　　　　　Defendant. | CV-20-03-BU-BMM-KLD |

　　The parties to this action, Kevin Washington and Matthew Goettsche, their related entities, and FX Solutions, Inc. filed a Stipulation for Dismissal With Prejudice pursuant to F. R. Civ. P. 41(a)(1)(ii).  Accordingly, it is hereby **ORDERED** that this case is dismissed, with prejudice.  Each party is to bear its own

costs and attorneys' fees.

Further, pursuant to stipulation of the parties, the Court's previous Order (Doc. 22) appointing a Receivership of CryptoWatt, issued January 13, 2020, is hereby **TERMINATED**.

Dated this 8th day of September, 2020.

_____
Brian Morris, Chief District Judge
United States District Court